| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

NICHOLAS M. SMITH,

    Plaintiffs,

    v.

GOLDEN STATE WARRIORS, LLC,

    Defendants.

Case No. 18-cv-06794-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 13, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 20, 2019.

DESIGNATION OF EXPERTS: February 7, 2020; REBUTTAL: FEbruary 21, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 13, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 24, 2020;
    Opp. Due: February 7, 2020; Reply Due: February 14, 2020;
    and set for hearing no later than February 28, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: April 14, 2020 at 3:30 PM.

JURY TRIAL DATE: April 27, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall comply with General Order #71. Counsel shall notify the Court within the next two weeks of which ADR process they will participate in

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 2/22/19

SUSAN ILLSTON
United States District Judge