1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS M. SMITH, | Case No. 18-cv-06794-SI |
| Plaintiff, | |
| v. | **ORDER RE DISCOVERY DISPUTES NO. 2 AND 3** |
| GOLDEN STATE WARRIORS, LLC, | Re: Dkt. Nos. 42, 43 |
| Defendant. | |

Having reviewed the parties' second and third discovery dispute letters the Court hereby orders as follows:

**Joint Discovery Dispute Letter No. 2, docket number 42:**

*Plaintiff RFP Set 1 Nos. 14 & 83, Set 2 Nos. 84-92*: Plaintiff seeks (1) commission spreadsheets, (2) communications between defendant and salespeople regarding arena fees, and (3) wage statements not previously produced. See Dkt. No. 42 at 1. In response, Defendant argues (a) plaintiff has the "primary evidence" he needs with regards to commissions and arena fees, (b) that because the commission spreadsheets are not maintained in one area, searching for them without limitation is unduly burdensome, and (c) that the issue is moot because defendant produced over six hundred such spreadsheets and related emails. Plaintiff is entitled to the materials. Accordingly, defendant shall either (1) confirm by January 24, 2020 that all commission spreadsheets have been produced or (2) produce all outstanding commission spreadsheets by February 7, 202.

*Mr. Beaven's Notes*: The Court understands the issue regarding Mr. Beaven's notes is now moot.

***Plaintiff's RFP Set 1 No. 81 and SROG Set 1 Nos 8-11***: If this dispute is still active, by January 27, 2020, defendant shall either (1) serve a declaration in lieu of producing the wage statements or (2) produce the outstanding wage statements.  Dkt. No. 42

***Plaintiff's SROGS Set 2 No. 16***:  Plaintiff seeks the contact information for all of defendants' salespeople – approximately 43 individuals.  Defendant argues it should not have to produce this information because the salespeople are not witnesses, their contact information is not relevant, and the salespeople have a right to privacy.  The Court disagrees.  Defendant shall produce the contact information for its salespeople on or before January 27, 2020.  If the defendant is concerned about privacy it may produce the contact information subject to the parties' protective order.

***Subpoena of Plaintiff's Medical Records***: The Court agrees with defendant.  Plaintiff alleges his employment with defendant caused physical and mental injuries and therefore defendant is entitled to discovery (1) on the entire time period plaintiff worked for defendant and (2) on plaintiff's mental disability.  Plaintiff has indeed placed his mental disability at issue by bringing a claim for disability discrimination based on mental disabilities. Plaintiff shall produce any additional documents necessary on or before January 27, 2020.

**Joint Discovery Dispute Letter No. 3, docket number 43**:

Defendant argues plaintiff has failed to respond to any of the 37 document requests defendant propounded.  Defendant specifically calls out document request numbers 1, 23, 24, 27, 30, 32, 33, and 34 as requests for which it has not received any documents.  Plaintiff argues he has produced all appropriate documents in response to the requests listed above.  Specifically, plaintiff states: (a) he has produced all documents responsive to requests 1, 23, 24, and 27; (b) has no documents in his possession responsive to request number 30; (c) has produced all appropriate documents in response to request number 32, except for unemployment benefit documents[1]; and (d) has produced all documents in response to request 33 and 34 but limited his response to only those

---

[1] The Court agrees with plaintiff that this limitation is appropriate.

2

relating to disabilities and emotional distress as alleged in the complaint.[2]    However, plaintiff is silent with respect to the document requests not specifically listed by defendant. On or before January 27, 2020, plaintiff shall either certify he has produced all appropriate documents in response to all of defendants' requests or produce the outstanding documents.

        **IT IS SO ORDERED**.

Dated: January 21, 2020

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

_____

[2] See section above re "Subpoena of Medical Records" for the Court's analysis on this point.