UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS M. SMITH,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOLDEN STATE WARRIORS, LLC,<br><br>　　　　Defendants. | Case No. 18-cv-06794-SI  (SI)<br><br>**SECOND**<br>**PRETRIAL PREPARATION ORDER**<br>**(CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DESIGNATION OF EXPERTS: June 5, 2020; REBUTTAL: June 19, 2020;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: July 10, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; April 17, 2020;
　　Opp. Due: May 1, 2020; Reply Due: May 8, 2020;
　　and set for hearing no later than May 22, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: August 4, 2020 at 3:30 PM.

JURY TRIAL DATE: August 17, 2020 at 8:30 AM.
　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
 n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

　　**IT IS SO ORDERED**.

Dated: 1/22/20



SUSAN ILLSTON
United States District Judge