THEODORA R. LEE, Bar No. 129892
tlee@littler.com
JEFFREY J. MANN, Bar No. 253440
jmann@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California  94597
Telephone:   925.932.2468
Facsimile:    925.946.9809

Attorneys for Defendant
GOLDEN STATE WARRIORS, LLC

JOCELYN BURTON, SBN 135879
BURTON EMPLOYMENT LAW
1939 Harrison Street, Suite 400
Oakland, CA 94612
Ph: (510) 350-7025
Fax: (510) 473-3672
jburton@burtonemploymentlaw.com

Attorneys for Plaintiff NICHOLAS M. SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS M. SMITH, individually, and on behalf of the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney Generals Act,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN STATE WARRIORS, LLC,<br><br>Defendant. | Case No.  3:18-cv-06794-SI<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Date:      October 9, 2020<br>Time:      2:00 p.m.<br>Place:     Remote |

Plaintiff NICHOLAS M. SMITH ("Plaintiff") and Defendant GOLDEN STATE WARRIORS, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, and pursuant to the Court's July 14, 2020 minute order (Dkt. 63), hereby submit this joint statement in advance of the status conference on October 9, 2020.

//

//

1    Since the July 10, 2020 status conference the parties engaged in brief additional settlement

2    discussions but were unable to reach a resolution. The status of the case has otherwise not changed

3    since that time.

4

5    Dated:        October 2, 2020

6

7                                                    */s/ Jeffrey J. Mann*
     THEODORA R. LEE

8    JEFFREY J. MANN
     LITTLER MENDELSON, P.C.

9    Attorneys for Defendant
     GOLDEN STATE WARRIORS, LLC

10   Dated:        October 2, 2020

11

12                                                   */s/ Jocelyn Burton*
     JOCELYN BURTON

13   BURTON EMPLOYMENT LAW
     Attorneys for Plaintiff

14   NICHOLAS M. SMITH

15   4849-9492-4493.1 082924.1016

16

17

18

19

20

21

22

23

24

25

26

27

28