# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** Friday, October 9, 2020 | **Time:** 4 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 18-cv-06794-SI | **Case Name:** Nicholas M. Smith v. Golden State Warriors, LLC | |

**Attorney for Plaintiff:** Jocelyn Burton
**Attorney for Defendant:** Theodora Lee

**Deputy Clerk:** Esther Chung          **Court Reporter:** n/a

## PROCEEDINGS

Telephonic Further Case Management Conference - held.

## SUMMARY

Case continued to **March 19, 2021 at 3:00 p.m.** for Further Case Management Conference
Joint Case Management Statements due **March 12, 2021**