UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS M. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN STATE WARRIORS, LLC,<br><br>Defendant. | Case No. 18-cv-06794-SI<br><br>**ORDER SETTING TRIAL SETTING CONFERENCE ON JUNE 25, 2021**<br><br>Re: Dkt. No. 74 |

On April 30, 2021, the Court tentatively scheduled a jury trial in this case to begin on July 19, 2021. Dkt. No. 73. On May 20, 2021, the parties filed a stipulation requesting a jury date trial of August 30, 2021 because defense counsel is unavailable on July 19, 2021. Dkt. No. 74. However, the Court is not available for trial on August 30, 2021. Accordingly, the Court **DENIES** the parties' stipulation. The parties will appear before the Court on June 25, 2021 at 3 p.m. for a teleconference call to discuss trial dates.

**IT IS SO ORDERED**.

Dated: May 26, 2021

											_____
											SUSAN ILLSTON
											United States District Judge