THEODORA R. LEE, Bar No. 129892
tlee@littler.com
Renee C. Feldman, Bar No. 253877
rfeldman@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California  94597
Telephone:    925.932.2468
Facsimile:    925.946.9809

Attorneys for Defendant
GOLDEN STATE WARRIORS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS M. SMITH, individually, and on behalf of the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney Generals Act,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN STATE WARRIORS, LLC,<br><br>Defendant. | Case No.  3:18-cv-06794-SI<br><br>**STIPULATION AND [PROPOSED] ORDER OF UNCONDITIONAL DISMISSAL** |

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

Case No.  3:18-cv-06794-SI                    1                    ORDER OF UNCONDITIONAL DISMISSAL

## NOTICE OF SATISFACTION OF SETTLEMENT CONDITIONS
## AND STIPULATION OF DISMISSAL

On November 9, 2021, the Court issued an Order of Conditional Dismissal Upon Settlement [Docket No. 86].

The Parties hereby notify the Court that all conditions for effecting the settlement between the Parties have now been satisfied. Accordingly, the Parties request an Order of Unconditional Dismissal.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED by and between the Parties to this action, by through their respective counsels, that the above action be and hereby is dismissed with prejudice in its entirety as to Plaintiff, and without prejudice as to any remaining PAGA claims on behalf of other allegedly aggrieved employees, with each party to bear its own attorney's fees and costs.

Dated: December 20, 2021                LITTLER MENDELSON P.C.

                                        */s/ Renee C. Feldman*
                                        Theodora R. Lee
                                        Renee C. Feldman
                                        Attorneys for Defendant,
                                        GOLDEN STATE WARRIORS, LLC

Dated: December 20, 2021                BURTON EMPLOYMENT LAW

                                        */s/ Jocelyn Burton*
                                        Jocelyn Burton
                                        Attorneys for Plaintiff,
                                        NICHOLAS M. SMITH

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories.

Dated: December 20, 2021                LITTLER MENDELSON P.C.

                                        */s/ Renee C. Feldman*
                                        Theodora R. Lee
                                        Renee C. Feldman
                                        Attorneys for Defendant,
                                        GOLDEN STATE WARRIORS, LLC

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

Case No. 3:18-cv-06794-SI            2            ORDER OF UNCONDITIONAL DISMISSAL

## ORDER OF UNCONDITIONAL DISMISSAL

Pursuant to the Stipulation of the Parties, IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE in its entirety as to Plaintiff, and is DISMISSED WITHOUT PREJUDICE as to any remaining PAGA claims on behalf of other allegedly aggrieved employees, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:

_____
SUSAN ILLSTON
United States District Judge

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

Case No. 3:18-cv-06794-SI     3     ORDER OF UNCONDITIONAL DISMISSAL